UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

JENNIFER JENSEN,

                Defendant.

Case No. CR19-232-JCC

DETENTION ORDER

Offenses charged:

    Count 1:    Conspiracy to Distribute Heroin and Methamphetamine, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846;

    Count 2:    Possession of Heroin and Methamphetamine with Intent to Distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 18 U.S.C. § 2;

    Count 3:    Possession of Heroin and Methamphetamine with Intent to Distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 18 U.S.C. § 2;

    Count 5:    Possession of Heroin, Methamphetamine, and Cocaine with Intent to Distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), 18 U.S.C. § 2;

    Count 6:    Possession of Methamphetamine with Intent to Distribute, 21 U.S.C. §§

DETENTION ORDER - 1

841(a)(1), 841(b)(1)(A), 18 U.S.C. § 2.

Date of Detention Hearing:  November 25, 2019

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and for the reasons stated on the record and as set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is therefore a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Defendant stipulated to detention at this time.

3. Defendant was not interviewed by Pretrial Services, so the Court does not have information relating to her history and characteristics.

4. Defendant has a number of criminal convictions and has had 18 pending criminal matters in the past three years. Defendant has an active warrant. Defendant has a number of aliases associated with her name.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

6. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 26th day of November, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge