THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JENNIFER JENSEN *et al.*,<br><br>    Defendants. | CASE NO. CR19-0232-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion for a protective order restraining certain forfeitable property (Dkt. No. 44). Defendants do not oppose the motion. The Government requests entry of a protective order as to the following property (the "subject property"):

1. Approximately $6,600.00 in U.S. currency; and
2. Approximately $20,944.01 in U.S. currency.

(*See id.* at 1.)

Having thoroughly considered the motion and the relevant record, the Court, pursuant to 21 U.S.C. § 853(e)(1)(A) and 18 U.S.C. § 983(a)(3)(C), hereby FINDS as follows:

1. Entry of a protective order restraining the subject property described above is appropriate because there is probable cause to believe that the subject property is subject to forfeiture in this case, and that such probable cause existed at the time the Honorable David W.

1. Christel, United States Magistrate Judge, issued the search and seizure warrant; and
2. The subject property should be restrained to ensure it remains available for forfeiture as part of the indicted criminal case.

Therefore, the Court hereby ORDERS as follows:

1. The Government's motion for a protective order restraining the subject property pending the conclusion of this case (Dkt. No. 44) is GRANTED; and
2. The subject property shall remain in the custody of the United States, to include its federal agencies and/or their authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of the Court.

DATED this 11th day of February 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0232-JCC
PAGE - 2