THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0232-JCC |
| Plaintiff, | ORDER |
| v. | |
| JENNIFER JENSEN and CHARLES CROTEAU, | |
| Defendants. | |

This matter comes before the Court on the Government's agreed amended motion to continue the trial date (Dkt. Nos. 83, 86). Trial is currently scheduled for October 5, 2020.

The Government moves to continue the trial date to April 5, 2021 and exclude the time period from the date of this order to the new trial date for purposes of the Speedy Trial Act. (*See generally* Dkt. No. 86.) The Government argues that, in light of current conditions resulting from the COVID-19 pandemic, a continuance is necessary to serve the ends of justice, which outweigh the best interest of the public and Defendants to a speedy trial. (Dkt. No. 86 at 3.) Defendants agree to the continuance and have executed speedy trial waivers through late April 2021 (Dkt. Nos. 85, 87). Having thoroughly considered the amended motion, the relevant record, and the General Orders of this Court addressing measures to reduce the spread and health risks from COVID-19, incorporated herein by reference, the Court hereby FINDS:

1. In light of the recommendations made by the Center for Disease Control and Prevention and Public Health for Seattle and King County regarding social distancing measures required to stop the spread of COVID-19, as well as the lack of personal protective equipment necessary to ensure the health and safety of all participants, it is not possible to proceed with a jury trial on October 5, 2020. *See* W.D. Wash. Gen. Orders Nos. 02-20, 13-20; 18 U.S.C. § 3161(h)(7)(B)(i).

2. The COVID-19 pandemic has rendered the Court unable to obtain an adequate spectrum of jurors that would represent a fair cross section of the community, which would likely make proceeding on the current case schedule in this matter impossible or would result in a miscarriage of justice. *See* W.D. Wash. Gen. Orders Nos. 02-20, 13-20; 18 U.S.C. § 3161(h)(7)(B)(i).

3. The ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the Court GRANTS the amended motion to continue the trial date (Dkt. No. 86). The trial date is hereby CONTINUED to April 5, 2021, at 9:30 a.m. The Court further ORDERS that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i).

DATED this 16th day of September 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE