THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0232-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JENNIFER JENSEN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for a remote change of plea hearing (Dkt. No. 132). Because of the health risks posed by the COVID-19 pandemic, the Court may conduct a felony plea hearing by video or telephone conference if the defendant consents and the Court finds that the plea hearing cannot be further delayed without serious harm to the interests of justice. *See* Coronavirus Aid, Relief, and Economic Security (CARES) Act, Pub. L. No. 116-136, §§ 15002(b)(2)(A), (b)(4), 134 Stat. 281, 528–29 (2020); W.D. Wash. General Order No. 06-21 (March 23, 2021). Here, Defendant's motion is devoid of facts which would allow the Court to make a finding that her plea hearing cannot be further delayed without serious harm to the interests of justice. (*See generally* Dkt. No. 132 at 1.)

Accordingly, Defendant's motion for a remote change of plea hearing is DENIED.

Plaintiff may again move for such a hearing, but must provide facts supporting the need for one.

DATED this 14th day of May 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk