UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JENNIFER JENSEN,<br><br>               Defendant. | CASE NO. CR19-0232-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Jennifer Jensen's renewed motion to proceed with a guilty plea hearing by teleconference (Dkt. No. 134). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

## I. BACKGROUND

Defendant has been charged with Conspiracy to Distribute Heroin and Methamphetamine; Possession of Heroin and Methamphetamine with Intent to Distribute; Possession of Heroin, Methamphetamine, and Cocaine with Intent to Distribute; and Possession of Methamphetamine with Intent to Distribute. (Dkt. No. 1.) She would like to plead guilty and proceed with the plea hearing remotely. (Dkt. No. 134.)

## II. DISCUSSION

Delaying Defendant's plea hearing would cause serious harm to the interests of justice.

*See* W.D. Wash. General Orders 04-20, 09-20, 14-20, 17-20, 06-21. Under General Order 04-21, with limited exceptions, in-person hearings will not resume until June 30, 2021. While the number of in-person proceedings that can be held in the courthouse may begin to increase in May 2021, even then, the Court will be strictly limiting the number of proceedings that can occur concurrently and the number of people who can attend those proceedings. *See* W.D. Wash. General Order 04-21 at 2. Due to rising COVID-19 cases in this District, the Court may need to extend that timeline further. Delaying Defendant's plea hearing and, as a consequence, her sentencing, by at least several weeks would cause serious harm to the interests of justice because Defendant has a strong interest in the speedy resolution of this matter now that she has decided to plead guilty. She has been incarcerated at the Federal Detention Center for nearly eighteen months and has been frequently quarantined due to COVID-19 reasons. (Dkt. No. 134 at 2.) She would like to proceed with resolution of her case. (*Id.*)

## III. CONCLUSION

For the foregoing reasons, the Court GRANTS Defendant's motion to proceed with a guilty plea by video conference (Dkt. No. 134) and ORDERS that her plea hearing be scheduled before a Magistrate Judge as soon as practicable and be conducted by video conference.

DATED this 17th day of May 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE